IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ERNEST A. J.,[1] | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ANDREW M. SAUL,<br>*Commissioner of Social Security,* | ) ) ) ) |
| Defendant. | ) Civil Action No. 1:18-CV-194-C-BU |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the decision of the Commissioner should be affirmed. Plaintiff timely filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on November 16, 2020.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

**ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is hereby **AFFIRMED** and Plaintiff's Complaint is **DISMISSED** with prejudice.

SO ORDERED this 23rd day of November, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE